## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jennie M Godley, | : | Chapter 7 |
| Debtor. | : | Bky. No. 24-13087 (PMM) |
| _____ | : | |
| Jennie M Godley, | : | |
| | : | |
| Plaintiff. | : | Adv. No. 24-0143 (PMM) |
| | : | |
| v. | : | |
| | : | |
| Discover Bank, | : | |
| Defendant. | : | |
| | : | |
| _____ | : | |

### <u>ORDER DISMISSING ADVERSARY PROCEEDING</u>

      **AND NOW**, a Complaint having been filed in this Adversary Proceeding on December 5, 2024;

      AND the Complaint seeking to avoid a judicial lien pursuant to 11 U.S.C. §522(f);

      BUT Federal Rule of Bankruptcy Procedure 4003(d) providing that "[a] proceeding under § 522(f) to avoid a lien or other transfer of property exempt under the Code shall be commenced **by motion** in the manner provided by Rule 9014. . . ." (emphasis added);

      AND the Rules do not contemplate that the requested relief may be sought by way of an adversary proceeding, <u>see</u> F.R.B.P. 7001(2);

      It is therefore hereby **ordered** that the Complaint is **dismissed**.

*Patricia M. Mayer*

**Date: 12/6/24**    _____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**